AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MEANS, TERRY R. | UNITED STATES DISTRICT COURT | 8/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

502 ELDON B. MAHON U.S. COURTHOUSE
501 WEST 10TH STREET
FORT WORTH, TEXAS 76102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sucessor Trustee | Testamentary trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MEANS, TERRY R.** | 8/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Means & Means, PC, d/b/a ▓▓▓▓▓▓, attorney at law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Corsicana National Bank, Corsicana, Texas (account) | A | Interest | J | T | | | | | |
| 2. First Fin. Bank, Fort Worth, Texas (accounts) | A | Interest | N | T | | | | | |
| 3. Frost National Bank, Fort Worth, Texas (accounts) | A | Interest | N | T | | | | | |
| 4. Goldman Sachs Bank, New York City, NY (account) | B | Interest | M | T | | | | | |
| 5. 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX | | None | L | R | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | Sold | 11/15/18 | J | A | |
| 8. ---Exxon Mobile Comm. Stk. | A | Dividend | K | T | | | | | |
| 9. ---Williams Cos Comm. Stk. | A | Dividend | K | T | | | | | |
| 10. --WPX Energy Comm. Stk. | A | Dividend | J | T | | | | | |
| 11. ING Employer's 401(k) Plan (H) | | | | | | | | | |
| 12. ---ING Int'l SmCp Multi-Mgr-A | A | Interest | J | T | | | | | |
| 13. Community Nat'l Bank & Trust common stock | B | Dividend | K | T | | | | | |
| 14. Testamentary trust of ▒▒▒▒ ▒▒▒▒ (H) | | | | | | | | | |
| 15. ---Min'l interest, parcel 1, Lea Co., NM (1992 appr.) | B | Royalty | J | Q | | | | | |
| 16. ---Min'l interest, parcel 2, Lea Co., NM (1992 appr.) | | None | J | Q | | | | | |
| 17. Northwestern Mutual "Whole Life" | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual "Paid Up Life" | B | Dividend | K | T | | | | | |
| 19. Northwestern Mutual "Adjustable CompLife" | B | Dividend | K | T | | | | | |
| 20. Penn Mutual "Whole Life" (#18) | A | Dividend | K | T | | | | | |
| 21. Mineral Interest, Anderson Co., TX: 2 parcels (H) | | | | | | | | | |
| 22. ---Parcel 1 | | None | J | W | | | | | |
| 23. ---Parcel 2 | | None | J | W | | | | | |
| 24. Mineral Interest, Andrews Co., TX: 2 parcels (H) | | | | | | | | | |
| 25. ---Parcel 1 ($4675) | B | Royalty | J | S | | | | | |
| 26. ---Parcel 2 ($20,171) | C | Royalty | K | S | | | | | |
| 27. Mineral Interest, Crockett Co. TX: 17 parcels (H) | | | | | | | | | |
| 28. ---Parcel 1 | | None | J | W | | | | | |
| 29. ---Parcel 2 | | None | J | W | | | | | |
| 30. ---Parcel 3 | | None | J | W | | | | | |
| 31. ---Parcel 4 | | None | J | W | | | | | |
| 32. ---Parcel 5 | | None | J | W | | | | | |
| 33. ---Parcel 6 | | None | J | W | | | | | |
| 34. ---Parcel 7 | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   ---Parcel 8 | | None | J | W | | | | | |
| 36.   ---Parcel 9 | | None | J | W | | | | | |
| 37.   ---Parcel 10 | | None | J | W | | | | | |
| 38.   ---Parcel 11 | | None | J | W | | | | | |
| 39.   ---Parcel 12 | | None | J | W | | | | | |
| 40.   ---Parcel 13 | | None | J | W | | | | | |
| 41.   ---Parcel 14 | | None | J | W | | | | | |
| 42.   ---Parcel 15 | | None | J | W | | | | | |
| 43.   ---Parcel 16 | | None | J | W | | | | | |
| 44.   ---Parcel 17 | | None | J | W | | | | | |
| 45.   Mineral Interest, Dawson Co., TX: 2 parcels (H) | | | | | | | | | |
| 46.   ---Parcel 1 ($3430) | A | Royalty | J | S | | | | | |
| 47.   ---Parcel 2 ($2900) | A | Royalty | J | S | | | | | |
| 48.   Mineral Interest, Ector Co., TX: 4 parcels (H) | | | | | | | | | |
| 49.   ---Parcel 1 | | None | J | W | | | | | |
| 50.   ---Parcel 2 | | None | J | W | | | | | |
| 51.   ---Parcel 3 | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. ---Parcel 4 | | None | J | W | | | | | |
| 53. Surf/Min, Freestone Co.,TX: M. Hunt Survey ($53,550) | | None | L | S | | | | | |
| 54. Mineral Interest, Freestone Co.: 2 parcels (H) | | | | | | | | | |
| 55. ---Parcel 1 | | None | J | W | | | | | |
| 56. ---Parcel 2 ($1510) | A | Royalty | J | S | | | | | |
| 57. Mineral Interest, Gaines Co., TX | | None | J | W | | | | | |
| 58. Mineral Interest, Gregg Co., TX: 27 parcels (H) | | | | | | | | | |
| 59. ---Parcel 1 | | None | J | W | | | | | |
| 60. ---Parcel 2 | | None | J | W | | | | | |
| 61. ---Parcel 3 | | None | J | W | | | | | |
| 62. ---Parcel 4 | | None | J | W | | | | | |
| 63. ---Parcel 5 | | None | J | W | | | | | |
| 64. ---Parcel 6 | | None | J | W | | | | | |
| 65. ---Parcel 7 | | None | J | W | | | | | |
| 66. ---Parcel 8 | | None | J | W | | | | | |
| 67. ---Parcel 9 | | None | J | W | | | | | |
| 68. ---Parcel 10 | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   ---Parcel 11 | | None | J | W | | | | | |
| 70.   ---Parcel 12 | | None | J | W | | | | | |
| 71.   ---Parcel 13 | | None | J | W | | | | | |
| 72.   ---Parcel 14 | | None | J | W | | | | | |
| 73.   ---Parcel 15 | | None | J | W | | | | | |
| 74.   ---Parcel 16 | | None | J | W | | | | | |
| 75.   ---Parcel 17 | | None | J | W | | | | | |
| 76.   ---Parcel 18 | | None | J | W | | | | | |
| 77.   ---Parcel 19 | | None | J | W | | | | | |
| 78.   ---Parcel 20 | | None | J | W | | | | | |
| 79.   ---Parcel 21 | | None | J | W | | | | | |
| 80.   ---Parcel 22 | | None | J | W | | | | | |
| 81.   ---Parcel 23 | | None | J | W | | | | | |
| 82.   ---Parcel 24 | | None | J | W | | | | | |
| 83.   ---Parcel 25 | | None | J | W | | | | | |
| 84.   ---Parcel 26 | | None | J | W | | | | | |
| 85.   ---Parcel 27 | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Mineral Interest, Harrison Co., TX: 6 parcels (H) | | | | | | | | | |
| 87. ---Parcel 1 | | None | J | W | | | | | |
| 88. ---Parcel 2 | | None | J | W | | | | | |
| 89. ---Parcel 3 | | None | J | W | | | | | |
| 90. ---Parcel 4 | | None | J | W | | | | | |
| 91. ---Parcel 5 | | None | J | W | | | | | |
| 92. ---Parcel 6 | | None | J | W | | | | | |
| 93. Mineral interest, Haskell Co., TX: 1 parcel | | None | J | W | | | | | |
| 94. Mineral interest, Howard Co., TX: 7 parcels (H) | | | | | | | | | |
| 95. ---Parcel 1 | | None | J | W | | | | | |
| 96. ---Parcel 2 | | None | J | W | | | | | |
| 97. ---Parcel 3 ($5250) | B | Royalty | J | S | | | | | |
| 98. ---Parcel 4 ($1950) | B | Royalty | J | S | | | | | |
| 99. ---Parcel 5 ($1480) | A | Royalty | J | S | | | | | |
| 100. ---Parcel 6 ($6020) (X) | B | Royalty | J | S | | | | | |
| 101. ---Parcel 7 ($2950) (X) | A | Royalty | J | S | | | | | |
| 102. Mineral interest, King Co., TX: 1 parcel (X) | A | Royalty | J | S | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Mineral interest, Knox Co., TX: 2 parcels (X) | | | | | | | | | |
| 104. ---Parcel 1 (X) | | None | J | W | | | | | |
| 105. ---Parcel 2 (X) | | None | J | W | | | | | |
| 106. Mineral interest, Martin Co., TX: 3 parcels (H) | | | | | | | | | |
| 107. ---Parcel 1 ($5250) | A | Royalty | J | S | | | | | |
| 108. ---Parcel 2 ($2900) | A | Royalty | J | S | | | | | |
| 109. ---Parcel 3 ($3430) | A | Royalty | J | S | | | | | |
| 110. Mineral interest, Midland Co., TX: Parcel 1 ($7540) | B | Royalty | J | S | | | | | |
| 111. Mineral interest, Navarro Co., TX: Parcel 1 ($3020) | A | Royalty | J | S | | | | | |
| 112. Mineral interest, Nolan Co., TX: 3 parcels (H) | | | | | | | | | |
| 113. ---Parcel 1 | | None | J | W | | | | | |
| 114. ---Parcel 2 | | None | J | W | | | | | |
| 115. ---Parcel 3 | | None | J | W | | | | | |
| 116. Mineral interest, Pecos Co., TX: 16 parcels (H) | | | | | | | | | |
| 117. ---Parcel 1 | | None | J | W | | | | | |
| 118. ---Parcel 2 | | None | J | W | | | | | |
| 119. ---Parcel 3 | A | Royalty | J | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ---Parcel 4 | | None | J | W | | | | | |
| 121.  ---Parcel 5 | | None | J | W | | | | | |
| 122.  ---Parcel 6 | | None | J | W | | | | | |
| 123.  ---Parcel 7 | | None | J | W | | | | | |
| 124.  ---Parcel 8 (X) | | None | J | W | | | | | |
| 125.  ---Parcel 9 | | None | J | W | | | | | |
| 126.  ---Parcel 10 | | None | J | W | | | | | |
| 127.  ---Parcel 11 | A | Royalty | J | W | | | | | |
| 128.  ---Parcel 12 | | None | J | W | | | | | |
| 129.  ---Parcel 13 | | None | J | W | | | | | |
| 130.  ---Parcel 14 | | None | J | W | | | | | |
| 131.  ---Parcel 15 ($7330) | C | Royalty | J | S | | | | | |
| 132.  ---Parcel 16 | | None | J | W | | | | | |
| 133.  Mineral interest, Reagan Co., TX: 8 parcels (H) | | | | | | | | | |
| 134.  ---Parcel 1 | | None | J | W | | | | | |
| 135.  ---Parcel 2 | | None | J | W | | | | | |
| 136.  ---Parcel 3 | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  ---Parcel 4 | | None | J | W | | | | | |
| 138.  ---Parcel 5 ($14,120) | B | Royalty | J | S | | | | | |
| 139.  ---Parcel 6 ($14,050) | B | Royalty | J | S | | | | | |
| 140.  ---Parcel 7 | A | Royalty | J | W | | | | | |
| 141.  ---Parcel 8 ($8450) | A | Royalty | J | S | | | | | |
| 142.  Mineral interest, Reeves Co., TX: Parcel 1 ($2380) | A | Royalty | J | S | | | | | |
| 143.  Mineral interest, Rusk Co., TX: 15 parcels (H) | | | | | | | | | |
| 144.  ---Parcel 1 | | None | J | W | | | | | |
| 145.  ---Parcel 2 | | None | J | W | | | | | |
| 146.  ---Parcel 3 | | None | J | W | | | | | |
| 147.  ---Parcel 4 | | None | J | W | | | | | |
| 148.  ---Parcel 5 | | None | J | W | | | | | |
| 149.  ---Parcel 6 | | None | J | W | | | | | |
| 150.  ---Parcel 7 | | None | J | W | | | | | |
| 151.  ---Parcel 8 | | None | J | W | | | | | |
| 152.  ---Parcel 9 | | None | J | W | | | | | |
| 153.  ---Parcel 10 | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ---Parcel 11 | | None | J | W | | | | | |
| 155. ---Parcel 12 | | None | J | W | | | | | |
| 156. ---Parcel 13 | | None | J | W | | | | | |
| 157. ---Parcel 14 | | None | J | W | | | | | |
| 158. ---Parcel 15 | | None | J | W | | | | | |
| 159. Mineral interest, Stonewall Co., TX: 2 parcels (H) | | | | | | | | | |
| 160. ---Parcel 1 | | None | J | W | | | | | |
| 161. ---Parcel 2 | | None | J | W | | | | | |
| 162. Mineral interest, Upton Co., TX: 20 parcels (H) | | | | | | | | | |
| 163. ---Parcel 1 | | None | J | W | | | | | |
| 164. ---Parcel 2 | | None | J | W | | | | | |
| 165. ---Parcel 3 | | None | J | W | | | | | |
| 166. ---Parcel 4 | | None | J | W | | | | | |
| 167. ---Parcel 5 | | None | J | W | | | | | |
| 168. ---Parcel 6 | | None | J | W | | | | | |
| 169. ---Parcel 7 | | None | J | W | | | | | |
| 170. ---Parcel 8 | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. ---Parcel 9 | | None | J | W | | | | | |
| 172. ---Parcel 10 | | None | J | W | | | | | |
| 173. ---Parcel 11 ($1536) | A | Royalty | J | S | | | | | |
| 174. ---Parcel 12 | | None | J | W | | | | | |
| 175. ---Parcel 13 | | None | J | W | | | | | |
| 176. ---Parcel 14 | | None | J | W | | | | | |
| 177. ---Parcel 15 ($3865) | A | Royalty | J | S | | | | | |
| 178. ---Parcel 16 ($2336) | A | Royalty | J | S | | | | | |
| 179. ---Parcel 17 ($2091) | A | Royalty | J | S | | | | | |
| 180. ---Parcel 18 ($2314) | A | Royalty | J | S | | | | | |
| 181. ---Parcel 19 ($1923) | A | Royalty | J | S | | | | | |
| 182. ---Parcel 20 ($3889) (X) | B | Royalty | J | S | | | | | |
| 183. Mineral interest, Ward C., TX: 4 parcels | | | | | | | | | |
| 184. ---Parcel 1 | | None | J | W | | | | | |
| 185. ---Parcel 2 | | None | J | W | | | | | |
| 186. ---Parcel 3 ($2950) | A | Royalty | J | S | | | | | |
| 187. ---Parcel 4 ($1040) | | None | J | S | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Mineral interest, Wood Co., TX: 9 parcels | | | | | | | | | |
| 189. ---Parcel 1 ($3580) | A | Royalty | J | S | | | | | |
| 190. ---Parcel 2 ($10,600) | C | Royalty | J | S | | | | | |
| 191. ---Parcel 3 ($5880) | B | Royalty | J | S | | | | | |
| 192. ---Parcel 4 ($2360) | A | Royalty | J | S | | | | | |
| 193. ---Parcel 5 ($7070) | B | Royalty | J | S | | | | | |
| 194. ---Parcel 6 | | None | J | W | | | | | |
| 195. ---Parcel 7 | | None | J | W | | | | | |
| 196. ---Parcel 8 | | None | J | W | | | | | |
| 197. ---Parcel 9 | | None | J | W | | | | | |
| 198. Mineral interest, Zapata Co., TX: 10 parcels | | | | | | | | | |
| 199. ---Parcel 1 ($3050) | A | Royalty | J | S | | | | | |
| 200. ---Parcel 2 | | None | J | W | | | | | |
| 201. ---Parcel 3 | | None | J | W | | | | | |
| 202. ---Parcel 4 | | None | J | W | | | | | |
| 203. ---Parcel 5 ($6470) | B | Royalty | J | S | | | | | |
| 204. ---Parcel 6 ($8250) | C | Royalty | J | S | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.   ---Parcel 7 ($2790) | B | Royalty | J | S | | | | | |
| 206.   ---Parcel 8 | A | Royalty | J | W | | | | | |
| 207.   ---Parcel 9 | | None | J | W | | | | | |
| 208.   ---Parcel 10 | | None | J | W | | | | | |
| 209.   Clear Fork Royalty 3, LP, Tarrant County, TX (#185) | D | Distribution | K | U | | | | | |
| 210.   Clear Fork Royalty 3, LP , Tarrant County, TX (#186) | C | Distribution | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 22-210 of Part VII: Some lines show a "W" in the value method column. This is because, while there are appraisal-authority assessments of less than $1,000 for most of these interests, filer's spouse would take no less than $1,000 each for them.

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 8/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TERRY R. MEANS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544